JAMES LOWERY, as Administrator, etc., of JAMES LOWERY, Deceased, Respondent, v. SAVOY ASSOCIATES, INC., Appellant, and SIGMUND GALEWSKI, Defendant.— In an action to recover damages for the death of plaintiff's intestate, alleged to have been caused by an assault committed by an employee of the appellant, judgment

for plaintiff, and order denying appellant's motion for amendment of stenographer's minutes and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.